**769 LOH ET AL. vs. CIRCUIT JUDGE (Wayne), 26 M., 186.**

To compel respondent to order an execution to be issued against the sureties on a bond, as well as the principal defendants in a garnishee suit.

Granted November 2, 1872.

Upon the service of the writ of garnishment in said case, the principal defendants executed and filed therein a bond with two sureties for the release and discontinuance of the garnishee proceedings, in accordance with the statute (Comp. Laws 1871, Sec. 6512). Subsequently judgment was obtained against the principal defendants, and thereupon an application was made to the court for said order.